UNITED STATES of America,
Plaintiff–Appellee,

v.

Norwood COOK, Defendant–Appellant.

No. 15–6562.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 28, 2015.

Norwood Cook, Appellant Pro Se. Grayson A. Hoffman, Jeb Thomas Terrien, Assistant United States Attorneys, Harrisonburg, Virginia; Kartic Padmanabhan, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norwood Cook appeals from the district court's order denying his motion for relief from an order of forfeiture. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cook,* No. 5:02–cr–30087–JPJ–1 (W.D.Va. Mar. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*